UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSIE M. WALKER,<br><br>               Plaintiff,<br><br>   v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>               Defendant. | CASE NO. 2:24-cv-01385-MJP<br><br>ORDER DENYING CONTINUANCE |

This matter comes before the Court on the Parties' Stipulated Motion to Continue Certain Pre-Trial Deadlines (Dkt. No. 13.) Having reviewed the Motion and the relevant portions of the record, the Court DENIES the Motion. Federal Rule of Civil Procedure 16(b)(4) requires good cause to amend the Court's case schedule. Here, the Parties ask for a 60 day extension to certain pretrial deadlines to "allow the parties the opportunity to continue their ongoing settlement negotiations without the need for potentially unnecessary additional discovery or expert work." (Mot. at 3.) The Parties are free to negotiate a settlement at any time, but the mere possibility of settlement discussions does not form the basis of good cause to amend the Court's case schedule.

1  Nothing in the record appears to have previously impeded the Parties' abilities to engage in
2  settlement negotiations, nor is the Court convinced that adherence to the scheduled deadlines in
3  this case will prevent the Parties from continuing to discuss potential resolution of the instant
4  dispute over the next seven months. (See Case Schedule Order (Dkt. No. 8) (setting trial date for
5  October 27, 2025).)
6        On the record presented, the Court DENIES the Motion without prejudice. Should the
7  Parties renew their request, it must be supported by evidence of their diligence and specific
8  reasons why they cannot meet the case deadlines.
9        The clerk is ordered to provide copies of this order to all counsel.
10       Dated March 21, 2025.

                                                    Marsha J. Pechman
                                                    United States Senior District Judge